**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **2:20-CR-00142-01-JM**

**SILAS CHISM**

**ORDER**

Pending is the defendant's request for early termination of supervised release (Doc. No. 50).[1] The government has responded objecting to the request. (Doc. No. 52). After consideration of the government's objection and the factors set forth in 18 U.S.C §3553(a), the Court is not satisfied that early termination is warranted by the conduct of the defendant or is in the interest of justice.

THEREFORE, the motion for early termination (Doc. No. 50) is DENIED.

IT IS SO ORDERED this 10th day of November, 2026.

UNITED STATES DISTRICT JUDGE

[1] Mr. Chism's previous motion for early termination (Doc. No. 47) is denied as moot.